IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01893–REB–KMT

KERRY EMMONS,

    Plaintiff,

v.

OMS ASSOCIATES COLORADO PC, D/B/A ASSOCIATES IN MAXILLOFACIAL & ORAL SURGERY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Counsel" (#41, filed April 24, 2013). Being otherwise fully advised, it is hereby ORDERED that the Motion (#41) is GRANTED. Attorney James S. Bailey is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Bailey from the electronic certificate of mailing.

Dated: April 24, 2013