## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  12-cv-01893-REB-KMT

KERRY EMMONS,

    Plaintiff,

v.

OMS ASSOCIATES COLORADO, PC, d/b/a ASSOCIATES IN MAXILLOFACIAL & ORAL SURGERY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#45][1] filed May 10, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to bear their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#45] filed May 10, 2013, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set for September 20, 2013, are **VACATED**;

3. That the jury trial set to commence October 7, 2013, is **VACATED**; and

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 13, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge
